FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jul 15, 2026**
SEAN F. MCAVOY, CLERK

|  |  |
|---|---|
| GALEN WOLF,<br>an individual<br><br>*Plaintiff*<br>v.<br>BNSF RAILWAY COMPANY,<br>a Delaware corporation<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   4:24-CV-5089-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Pursuant to the Court Order at ECF No. 40, Plaintiff's Motion for Entry of Judgment (ECF No. 39) is GRANTED. Judgment is entered for Plaintiff Galen Wolf against Defendant BNSF Railway Company in the amount of $250,000

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice.

Date:   7/15/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*